UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLOBAL ENVIRONMENTAL
ENGINEERING, INC.,

    Plaintiff,

v.

JACK HARDY SPATES,

    Defendant.

_____/

Case No. 17-cv-10716
Hon. Matthew F. Leitman

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2019, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764